IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  16-cv-00505-MJW

KELLEY R. WILLIAMSON, JR.,

Plaintiff,

v.

FCA US LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion to Stay All Proceedings Pending Effective Service of Process on Defendant (Docket No. 17) is DENIED.  (More specifically, the portions thereof that Judge Moore hasn't already denied, are hereby also denied.)

Date: April 27, 2016